# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156987(15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SAMUEL OZELL POWELL,
      Defendant-Appellant.

_____/

SC: 156987
COA: 338479
Kent CC: 99-006332-FC

On order of the Chief Justice, the motion of defendant-appellant for permission to file an amended application for leave to appeal is GRANTED. The amended application, which was submitted on February 7, 2018, is accepted for filing and replaces the original application in its entirety.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 16, 2018



Clerk